```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 13624
   RICHARD J BOTH
   ELLEN E BOTH                                   CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2725      SSN XXX-XX-5247

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/29/08 .

   2.  The case was converted to Chapter 7 without confirmation, 07/29/2008.

----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
FLAGSTAR BANK              CURRENT MORTG        .00             .00           .00
FLAGSTAR BANK              MORTGAGE ARRE  NOT FILED             .00           .00
NAVY FEDERAL CREDIT UNIO   SECURED VEHIC        .00             .00           .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED             .00           .00
FIA CARD SERVICES          UNSECURED      NOT FILED             .00           .00
CAPITAL ONE BANK           UNSECURED      NOT FILED             .00           .00
CHASE BANK USA             UNSECURED      NOT FILED             .00           .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED             .00           .00
DISCOVER BANK              UNSECURED      NOT FILED             .00           .00
NAVY FEDERAL CREDIT UNIO   UNSECURED      NOT FILED             .00           .00
NICOR GAS                  UNSECURED      NOT FILED             .00           .00
ELMHURST RADIOLOGISTS      UNSECURED      NOT FILED             .00           .00
NORTHWEST COLLECTION       UNSECURED      NOT FILED             .00           .00
MBNA                       UNSECURED      NOT FILED             .00           .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED             .00           .00
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED     OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00         .00           .00
PRINCIPAL PAID           .00          .00          .00         .00           .00
INTEREST PAID            .00          .00          .00         .00           .00
TOTAL PAID               .00          .00          .00         .00           .00
The Debtor's attorney, CHAD M HAYWARD                  , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/09/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```